*UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO IN BANKRUPTCY*

### *Minute Order*

| | |
|---|---|
| Date: December 17, 2014 | **Honorable Elizabeth E. Brown, Presiding** |
| | Mariah Reynolds, Courtroom Deputy |

| | |
|---|---|
| In re:  Mark Thomas Schwab, | **Case No. 13-27331-EEB** |
| | Chapter 13 |
| Debtor. | |

| | Appearances | | |
|---|---|---|---|
| Trustee | | Counsel | **Will Evans** |
| Debtor(s) | | Counsel | **Daniel K. Usiak** |
| Creditor | **Evelyn Schwab** | Counsel | **Pro se** |
| Creditor | **David Wein** | Counsel | **Pro se** |
| ☒ | Parties appearing telephonically | | |

Proceedings: Non-Evidentiary Hearing on Confirmation of Plan and Objections by Evelyn Schwab, David Wein and Chapter 13 Trustee Kiel and on Debtor's Motion to Strike

☐ Witnesses Sworn   ☐ See Attached List   ☐ Exhibits Entered   ☒ Evidentiary Hearing[1]
☒ Parties gave statements regarding the Objections to the plan and Debtor's Motion to Strike.

Orders:

☒ Mr. Wein is to confer with Ms. Schwab regarding documents requested from Debtor regarding his Objection. Mr. Wein must file a specific list of documents with the court **on or before December 24, 2014**. The Court will issue an order for Debtor to supply the documents and set further hearings upon review of Mr. Wein's request.

Ms. Schwab must file a separate Motion to Dismiss and 9013 Notice if she wishes to have this case dismiss.

| Date: December 17, 2014 | BY THE COURT: |
|---|---|
| | *Elizabeth E. Brown* |
| | _____ |
| | Elizabeth E. Brown, U.S. Bankruptcy Judge |

---

[1] This hearing is considered evidentiary for statistical purposes