**LIST OF DOCUMENTS REQUESTED FROM DEBTOR**
BY
**DAVID L. WEIN**

BANKRUPTCY CASE 13-27331-EEB

US Bankruptcy Court for the District of Colorado          December 20, 2014
Honorable Elizabeth E. Brown
Courtroom C501

Honorable Judge Brown,

    As ordered or requested by the court on December 17, 2014, I have submitted the below list of documents that are requested from debtor, IAW and associated with Minute Order Doc #127 involving Case 13-27331-EEB. The undersigned conferred with Ms. Evelyn Schwab over several phone calls on Saturday December 20, 2014. Both parties agreed for simplicity and time efficiency that this list of requested debtor documents could be considered a joint effort, regardless of any documents that either of us may have previously requested or might have received from other courts. In summary my understanding is that court ordered documents provided by the debtor; commensurate with his varying titles, duties, responsibilities and relationships, whom as a past filing originator, executive corporate officer, and person, will have or has had intimate and detailed knowledge of said documents and entities, to include adequate access or at least knowledge of direct requesting and storage protocols; will be submitted to the court and to creditors so that all parties to this case will have due access.

    REQUESTED DOCUMENTS FROM DEBTOR:
1. All Ares Management Group LLC. a Nevada Corporation (and any other associated entities before and after March 8, 2014 name changes) Financial Statements to include but not limited to Federal and State Tax Returns, Employee and Independent Contractor Payroll Records, Balance Sheets, Cash Flow Statements, Income Statements, and all CPA Firm records to include but not limited to Unique Accounting LLC. a Las Vegas Nevada CPA Firm "GAAP Standard" Annual and any Special Reports from inception in 2011 to present. Note: Mr. Schwab, Mr. Sullivan

1

and Mr. Taylor formed Ares Management Group LLC on 9/21/2011 the same month they were added as third party defendants under 11CV1883.

2. A list of all Ares Management Group LLC a Nevada Corporation Contracts by name, to include their award date, completion date and the total dollar amounts from inception in 2011 to present.

3. All Ephor LLC. a Nevada Corporation (and any other associated entities including numerous filing and jurisdiction changes) Financial Statements to include but not limited to Federal and State Tax Returns, Employee and Independent Contractor Payroll Records, Balance Sheets, Cash Flow Statements, Income Statements, and all CPA Firm "GAAP Standard" Annual and any Special Reports from inception in 2012 to present. Note: Mr. Schwab solely formed Ephor LLC on April 9, 2012 and as of today the contracts, trademark and company website are identical to Ephor Inc. 2010.

4. A list of all Ephor LLC. a Nevada Corporation Contracts by name, to include their award date, completion date and the total dollar amounts from inception in 2012 to present.

5. All Ephor LLC. a Colorado Corporation (and any other associated entities including numerous filings, statement of foreign entity authority and jurisdiction changes) Financial Statements to include but not limited to Federal and State Tax Returns, Employee and Independent Contractor Payroll Records, Balance Sheets, Cash Flow Statements, Income Statements, and all CPA Firm "GAAP Standard" Annual and any Special Reports from inception to present. Note: Mickelene Hasbrouck a long time Ephor manager and employee lists her true mailing address as 1020 Wernimont Circle in Colorado Springs 80916, a rental property of Mr. Schwab declared under this Bankruptcy Plan, with Ms. Hasbrouck accepting a legal Colorado Secretary of State (Doc# 20141296830, ID# 20131081799) status change from Mr. Schwab on June 09, 2014 as the Ephor LLC registered agent.

6. A list of all Ephor LLC. a Colorado Corporation Contracts by name, to include their award date, completion date and the total dollar amounts from inception to present.

7. All Ephor Inc., a Wyoming Corporation Financial Statements to include but not limited to Federal and State Tax Returns, Employee and Independent Contractor Payroll Records, Balance Sheets, Cash Flow Statements, Income Statements, and all

Wiechmann Boyce of Colorado Springs Colorado CPA Firm "GAAP Standard" Annual and any Special Reports from January 2011 to present. Note: Mr. Wein, Mr. Taylor and Mr. Schwab formed Ephor, Inc. in November 2009.

8. A list of all Ephor Inc. a Wyoming Corporation Contracts by name, to include their award date, completion date and the total dollar amounts from January 2011 to present.

9. All Ephor, Inc., a Wyoming Corporation documents provided by Ephor Inc., under court order to Attorney Fisher between March and September 2011, during Ms. Schwab's Divorce proceedings.

10. All Global Code Innovation LLC. a Colorado Corporation invoices and financial statements, to include but not limited to equipment, products, services and payroll that were related to or involved Ephor Inc., from Global Code Innovation LLC., inception in 2011 to present. Note: Global Code Innovation LLC. was formed by Mr. Sullivan the CFO of Ephor on December 07, 2011. Ephor conducted business including hiring of independent contractors and sub leasing real estate to Global Code Innovation LLC.

11. A list of all Global Code Innovation LLC. a Colorado Corporation Contracts that were associated with debtor or Ephor Inc., to be listed by name, to include their award date, completion date and the total dollar amounts from inception in 2011 to present.

12. All Duke Assets LLC. a Colorado Corporation (and any other associated entities including numerous filing and jurisdiction changes) Financial Statements to include but not limited to Federal and State Tax Returns, Employee and Independent Contractor Payroll Records, Balance Sheets, Cash Flow Statements, Income Statements, and all CPA Firm "GAAP Standard" Annual and any Special Reports from October 2012 to present.

13. A list of all Duke Assets LLC. a Colorado Corporation Contracts by name, to include their award date, completion date and the total dollar amounts from October 2012 to present.

14. All of debtors Federal and State Income Tax Returns from 2010 to present.

15. All of debtors Federal and State Income Tax Quarterly Filings for 2013 and 2014.

16. Any and all financial transactions related to Perseus LLC, a Colorado Company that involve debtor or any Ephor past or present contracts, or Ephor past or present derivative contracts from inception in 2013 to present.

17. Any and all financial transaction related to debtor between any company, foreign or domestic, not already provided to the court or as listed above from 2010 to present.

18. Any financial transactions including cash, stock, contracts and equivalents occurring between debtor and his real estate trustee and agent Doris Mantos, TENS Unlimited Inc. a Colorado Corporation, Colorado Medical Pain Management Center Inc. a Colorado Corporation, for any purpose from 2011 to present.

19. Any financial transactions including cash, stock, contracts or equivalents occurring between debtor and Ms. Mickelene Hasbrouck his assistant and manager at Ephor LLC. for any purpose from November 2012 to present.

20. Any financial transactions including cash, and contracts or equivalents occurring in association with debtor's former residence located at 5515 Butler Ct. Colorado Springs, Colorado 80918 during 2014.

21. Any financial transactions or contracts and equivalents occurring with any other corporation, trust or legal entity owned, directed, managed or controlled by debtor not already provided to the court as listed above from October 2012 to present.

22. Any and all financial transactions not previously reported or not already provided by debtor to the court excluding those listed above from October 2012 to present.

CERTIFICATE OF MAILING: The undersigned hereby certifies that a true and correct copy of this document was served by placing the same in the U.S. Mail, first class postage pre-paid, to the Court, Ms. Schwab, and Mr. Daniel Usiak the attorney for debtor on December 22, 2014.

Respectfully Submitted,

/s/ David L. Wein

Address:
David L. Wein
4164 Austin Bluffs Pkwy, #236
Colorado Springs, Colorado 80918

Evelyn Schwab
4749 Turquoise Circle
Colorado Springs, Colorado 80917

Daniel K. Usiak, Jr., #31761
Attorney for Debtor
414 S. Tejon Street
Colorado Springs, Colorado 80903

4