**United States Bankruptcy Court**
**District of Colorado**

| | | |
|---|---|---|
| In re | ) | |
| MARK THOMAS SCHWAB | ) | Case No. 13-27331-EEB |
| | ) | |
| Debtor | ) | Chapter 13 |

**DEBTOR'S RESPONSE TO LIST OF DOCUMENTS REQUESTED FROM DEBTOR BY DAVID L. WEIN and ORDER SETTING DATE FOR RESPONSE**

      COMES NOW Debtor, Mark Thomas Schwab (hereinafter "Debtor"), by and through huis undersigned attorney, and files his response to the List of Documents Requested from Debtor by David L. Wein and Order Setting Date for Response, and as grounds therefore would show the Court the following:

proposed Order

1. Debtor requests an order from the Court denying the request of documents by David L. Wein.

2. Debtor filed his Motion to Strike the pleading filed by David L. Wein (hereinafter "Wein") at Docket no. 122 which was docketed as an objection to Debtor's amended chapter 13 plan. Debtor's motion is Docket no. 123.

3. The Court's Minute Order dated December 17, 2014 (Docket no. 127) allowed Mr. Wein to confer with Evelyn Schwab (hereinafter "E. Schwab") and submit a specific list of documents with the court on or before December 24, 2014 regarding his objection to Debtor's amended plan.

4. The minute order at docket no. 127 also directed E. Schwab to file a separate Motion to Dismiss and 9013 Notice if she wished to have this case dismissed.

5. On December 23, 2014 at Docket no. 129 Wein filed his list of requested documents. On December 31, 2014 at Docket no. 132 the Court issued the Order Setting Date for Response, with a response deadline of January 14, 2015.

6. On December 24, 2014 E. Schwab filed her Motion to Dismiss Debtor's Chapter 13 Bankruptcy Case and 9013-1.1 Notice. January 8, 2015 was the objection deadline on E. Schwab's 9013-1.1 Notice. No objection to E. Schwab's motion to dismiss was filed. Due to his financial circumstances, Debtor recognizes that he cannot remain current on his domestic support obligation and he does not have a valid objection to E. Schwab's motion to dismiss. More than three (3) court days have passed since the objection deadline. Therefore, upon filing of Local Bankruptcy Form 9013-1.3, Movant's

    Certificate of Non-Contested Matter and Request for Entry of Order, Debtor's Chapter 13 bankruptcy case will be dismissed.

7.  L.B.R. 9013-1 anticipates and provides for the filing of L.B.F. 9013-1.3 by the Movant, which in this case is E. Schwab. However, Debtor requests that the court take notice of E. Schwab's motion, the lack of an objection, and the imminent and unavoidable dismissal of Debtor's chapter 13 bankruptcy case.

8.  Upon dismissal and closing of this case Wein's objection to Debtor's amended chapter 13 plan and debtor's motion to strike Wein's objection become moot. Therefore, there is no need to conduct a hearing on Debtor's chapter 13 plan or Debtor's motion to strike.

9.  If Wein still desires to conduct discovery of Debtor, he can pursue that action in the civil suit, 2011 CV 1883, *Ephor vs. David Wein*, filed in District Court, El Paso County, Colorado, which has been stayed since the filing of Debtor's chapter 13 case. That case has been held in suspense but not dismissed during the pendency of this chapter 13 case.

10.  Considering the imminent dismissal of this chapter 13 case, Debtor argues that Wein's request is moot, the time that would be required of Debtor's counsel to respond to the specific requests would be burdensome on Debtor and not in the best interest of the bankruptcy estate. Also, judicial efficiency is better served by dismissing Debtor's case and denying Wein's document request.

  WHEREFORE, Debtor respectfully requests that the Court deny David L. Wein's List of Documents Requested from Debtor by David L. Wein and dismiss the present case pursuant to E. Schwab's motion to dismiss.

Dated: <u>January 14, 2015</u>       Usiak Law Firm

                <u>/s/ Daniel K. Usiak, Jr.</u>
                Daniel K. Usiak, Jr., #31761
                414 South Tejon Street
                Colorado Springs, CO 80903
                Telephone: 719-633-1960
                Fax:   719-453-1212
                Daniel@usiaklaw.com
                Attorney for Debtor

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the DEBTOR'S RESPONSE TO LIST OF DOCUMENTS REQUESTED FROM DEBTOR BY DAVID L. WEIN and ORDER SETTING DATE FOR RESPONSE was served by placing the same in the United States Mail, first class postage pre-paid, to the following:

Evelyn Schwab
4749 Turquoise Circle
Colorado Springs, CO 80917

Mark Thomas Schwab
330 E. Costilla #41
Colorado Springs, CO 80903

David L. Wein
4164 Austin Bluffs Pkwy #236
Colorado Springs CO 80918

Douglas B. Kiel
Chapter 13 Trustee
4725 S. Monaco St
Ste. 120
Denver, CO 80237

Dated: January 14, 2015                                    /s/ Megan Hadley