**United States Bankruptcy Court**
**District of Colorado**

IN RE: )
MARK THOMAS SCHWAB ) Case No. 13-27331-EEB
    Debtor ) Chapter 13

___

**ORDER GRANTING DEBTOR'S RESPONSE TO LIST OF DOCUMENTS REQUESTED FROM DEBTOR BY DAVID L. WEIN and ORDER SETTING DATE FOR RESPONSE**
___

THIS MATTER, having come before the Court on Debtor's Response to List of Documents Requested from Debtor by David L. Wein and Order Setting Date for Response and being advised in premises;

THE COURT HEREBY ORDERS:

1. This case is dismissed:

2. The List of Documents Requested from Debtor by David L. Wein is denied;

3. Debtor is not required to respond further to the List of Documents Requested from Debtor by David L. Wein.

Done and signed this _____ day of _____, 2014.

BY THE COURT:

_____
Elizabeth E. Brown, US Bankruptcy Judge